## CERTIFICATE OF SERVICE
### See Addendum

I, __Mark Podis__ , certify that I am, and at all times during
   (name)
the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __1/17/08__ by:

[X] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

```
Seawest Financial                C/O Consumer Portfolio Services
5150 E. Dublin Granville Rd      16355 Laguna Canyon Rd, ATTN: Chris Terry
Westerville, OH 43081            Irvine, CA 92618
```

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[X] State Law: The defendant was served pursuant to the laws of the State of __Tennessee__ as follows:
[Describe briefly]                                                (name of state)

```
State of Tennessee
RE: Tennessee Secretary of State
TN Atty General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN 37202
```

Under penalty of perjury, I declare that the foregoing is true and correct.

| 1/17/08 | /S/Mark Podis |
|---|---|
| Date | Signature |

Mark Podis
Print Name

1161 Murfreesboro Rd, STE 300
Business Address

Nashville, TN 37217
City  State  Zip



# ADDENDUM

### CERTIFICATE OF SERVICE

I also hereby certify that a true and exact copy of the foregoing Summons and Notice of Expedited Preliminary Hearing of Complaint for Turnover of Property has been placed into the United States Mail, mailed to CT Corporation, 800 South Gay St, STE 2021, Knoxville, TN 37929.

/S/MARK PODIS
Mark R. Podis (BPR #012216)
Attorney for Plaintiff
1161 Murfreesboro Rd, STE 300
Nashville, TN 37217

Form expsumm

# United States Bankruptcy Court

Middle District of Tennessee
Case No. 3:08-ap-00019
Adversary Case

Related Bankruptcy Proceeding No.: 3:03-bk-15375

Plaintiff : REDONNA SUITER

vs

Defendant : SEAWEST FINANCIAL

## SUMMONS AND NOTICE OF EXPEDITED PRELIMINARY HEARING ON COMPLAINT FOR TURNOVER OF PROPERTY

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before the date of the expedited preliminary hearing at the following address:

> UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
> 701 BROADWAY ROOM 160
> NASHVILLE TN 37203

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

MARK RICHARD PODIS
MARK PODIS & ASSOCIATES
1161 MURFREESBORO RD STE 300
NASHVILLE, TN 37217

NOTICE IS HEREBY GIVEN in accordance with LBR 7001-1b that an expedited preliminary hearing on the complaint for turnover pursuant to 11 U.S.C. §542(a) has been set for 1/22/08 at 09:00 AM in Courtroom 1 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.

The attorney for the plaintiff (or the plaintiff, if pro se) shall provide immediate telephonic or facsimile notice of this hearing to the defendant or attorney for the defendant (if known) and the Chapter13 trustee and transmit a copy of the complaint and this notice to the defendant or attorney for the defendant (if known) and the Chapter13 trustee by hand delivery, facsimile or overnight courier service. The attorney for the plaintiff shall promptly file with the clerk a certificate of service pursuant to LBR 9013-3.

Dated: 1/17/08

/s/ Lloyd C Ray
Bankruptcy Court Clerk

